UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLOMAN MICHAEL TOLBERT,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LIVERMORE,<br><br>Defendant. | Case No.  21-cv-05174-YGR<br><br>**CASE MANAGEMENT AND PRETRIAL ORDER** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

The Court hereby sets the following trial and pretrial dates:

## PRETRIAL SCHEDULE

| | |
|---|---|
| CASE MANAGEMENT CONFERENCE: | Monday, August 29, 2022 at 2:00 p.m. |
| REFERRED TO MAGISTRATE JUDGE SALLIE KIM FOR SETTLEMENT CONFERENCE. | Date to be set by Magistrate Judge |
| LAST DAY TO JOIN PARTIES OR AMEND PLEADINGS: | November 15, 2021; after that date only for good cause by Motions under FRCP Rule 16(b)(4) |
| NON-EXPERT DISCOVERY CUTOFF: | July 29, 2022 |
| DISCLOSURE OF EXPERT REPORTS:<br><br>ALL EXPERTS, RETAINED AND NON-RETAINED MUST PROVIDE WRITTEN REPORTS COMPLIANT WITH FRCP 26(A)(2)(B): | Opening: December 16, 2022<br>Rebuttal: January 6, 2023 |
| EXPERT DISCOVERY CUTOFF: | January 20, 2023 |
| DISPOSITIVE MOTIONS[1] / TO BE HEARD ON 35 DAY NOTICE<br><br>DAUBERT MOTIONS FILED FEBRUARY 3, 2023 | September 9, 2022 |
| COMPLIANCE DEADLINE (*See* PAGE 2) | Friday, February 24, 2023 at 9:01 a.m. |

---

[1] *See* Standing Order regarding Pre-filing Conference Requirements for motions for summary judgment.

| | |
|---|---|
| JOINT PRETRIAL CONFERENCE STATEMENT: | March 3, 2023 |
| PRETRIAL CONFERENCE: | Friday, March 17, 2023 at 9:00 a.m. |
| TRIAL DATE AND LENGTH: | Monday, April 3, 2023 at 8:30 a.m. for Jury Trial |

Pursuant to the Court's Pretrial Instructions in Civil Cases at Section 2, trial counsel shall meet and confer in advance of the Pretrial Conference. The compliance deadline on Friday, March 17, 2023 at 9:01 a.m. is intended to confirm that counsel have reviewed the Court's Pretrial Setting Instructions and are in compliance therewith. The compliance deadline shall be held in the Federal Courthouse, 1301 Clay Street, Oakland, California, in Courtroom 1. Five (5) business days prior to the date of the compliance deadline, the parties shall file a one-page JOINT STATEMENT confirming they have complied with this requirement or explaining their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

The parties must comply with both the Court's Standing Order in Civil Cases and Standing Order for Pretrial Instructions in Civil Cases for additional deadlines and procedures. All Standing Orders are available on the Court's website at http://www.cand.uscourts.gov/ygrorders.

**IT IS SO ORDERED.**

Dated: October 18, 2021

YVONNE GONZALEZ ROGERS
United States District Judge